# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIEL A. KANDI,<br><br>      Plaintiff,<br><br>  v.<br><br>MANAGEMENT AND TRAINING CORPORATION, et al.,<br><br>      Defendants. | 1:16-cv-00794-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE OF COMPLAINT, MOTION TO COMPEL, AND MOTION FOR PERMISSION TO SERVE WITNESS REQUESTS AND INTERROGATORIES, AS PREMATURE<br><br>(ECF Nos. 3, 4, 5) |

      Plaintiff Emiel A. Kandi ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999 (1971). Plaintiff initiated this action on June 8, 2016. That same day, Plaintiff filed (1) a motion for service of his complaint (ECF No. 3); (2) a motion to compel certain discovery (ECF No. 3); and (3) a motion to permit service of certain discovery requests (ECF No. 5.)

      Plaintiff's motions for service and discovery-related matters are premature, and shall be denied without prejudice. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court will direct service of process only after Plaintiff's complaint has been screened and found to state cognizable claims for relief. Once the complaint is screened and found to have stated a cognizable claim against any defendant, a copy of the complaint will be

sent to Plaintiff with service documents. Since no complaint has been ordered served and no defendants have appeared, discovery is also not yet opened. Plaintiff is advised that his complaint will be screened in due course.

  Accordingly, it is HEREBY ORDERED that Plaintiff's motion for service (ECF No. 3), motion to compel (ECF No. 4), and motion for permission to serve discovery (ECF No. 5), are DENIED without prejudice, as premature.

IT IS SO ORDERED.

  Dated: **June 10, 2016**      /s/ *Barbara A. McAuliffe*
                 UNITED STATES MAGISTRATE JUDGE