# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIEL A. KANDI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANAGEMENT AND TRAINING CORPORATION, et al.,<br><br>　　　　Defendants. | 1:16-cv-00794-BAM (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>ORDER TO SUBMIT A **PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>ORDER TO CLERK'S OFFICE TO SEND PLAINTIFF IN FORMA PAUPERIS APPLICATION FOR **PRISONER**<br><br>**THIRTY-DAY (30-DAY) DEADLINE** |

　　　Plaintiff Emiel A. Kandi ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S. Ct. 1999 (1971). Plaintiff initiated this action on June 8, 2016. That same day, Plaintiff filed a motion to proceed in forma pauperis. (ECF No. 2).

　　　Plaintiff self-prepared his motion, and did not submit the form used in this district. The Court requires a properly completed prisoner application to proceed in forma pauperis on this Court's form, in order to consider Plaintiff's application pursuant to 28 U.S.C. § 1915.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff the attached form for application to proceed in forma pauperis for a prisoner;

2. Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

3. **No requests for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:   **June 21, 2016**              /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE