# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIEL A. KANDI,<br><br>            Plaintiff,<br><br>    v.<br><br>C. APKER, et al.,<br><br>            Defendants. | Case No.  1:16-cv-00794-AWI-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SCREENING<br><br>(ECF NO. 14) |

On August 25, 2016, Plaintiff filed a motion requesting the Court to screen the complaint filed June 8, 2016.  Plaintiff is advised that the Court presently has a large number of cases awaiting screening.  This case is among those.  Case management at this Court proceeds by the order cases are received.  Due to the caseload of the Court, and the Court's diligent handling of each individual case, rulings and decisions often take time.  Plaintiff's case will be screened in due course and appropriate orders will issue.  If the complaint proceeds to service, the Plaintiff can review this Court's expedited trial procedures if he wishes to expedite his matter.  However, that process requires consent from all parties.  Also, no adverse consequences will occur if any party declines or withholds consent. Procedures will be mailed to all parties after an answer is filed.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to screen the complaint is DENIED.

IT IS SO ORDERED.

Dated:   **August 26, 2016**

UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28