# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIEL A. KANDI,<br><br>        Plaintiff,<br><br>    v.<br><br>MANAGEMENT AND TRAINING CORPORATION, et al.,<br><br>        Defendants. | Case No.  1:16-cv-00794-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CLERK'S OFFICE TO ISSUE SIGNED SUBPOENAS<br><br>(ECF No. 17) |

        Plaintiff Emiel A. Kandi ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.[1] Plaintiff initiated this action on June 8, 2016. (ECF No. 1.) On December 22, 2016, Plaintiff filed the instant motion with the Court, requesting the Clerk's Office to send Plaintiff six signed subpoena forms so that Plaintiff may compel depositions by written questions. (ECF No. 17.)

        Plaintiff's request is premature. The Court has not yet screened the complaint, as required by 28 U.S.C. § 1915A, nor has it been served on any of the named defendants. Discovery will commence following the service of Plaintiff's complaint. The Court advises Plaintiff that it will screen his complaint in due course.

---

[1] Plaintiff's complaint has not yet been screened, but the court takes judicial notice that Plaintiff has filed his complaint in part under 42 U.S.C. § 1983. Generally, suits against federal officers for the violation of constitutional rights should be brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

1

Accordingly, the Court HEREBY DENIES Plaintiff's motion for the clerk's office to issue signed subpoenas, as premature, without prejudice.

IT IS SO ORDERED.

Dated:   **January 3, 2017**                    /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE