# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIEL A. KANDI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANAGEMENT AND TRAINING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00794-AWI-BAM (PC)<br><br>ORDER GRANTING MOTION FOR CASE STATUS AND UPDATE AND DENYING MOTION FOR SCREENING<br><br>(ECF No. 27) |

Plaintiff Emiel A. Kandi ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff initiated this action on June 8, 2016. (ECF No. 1.) On August 16, 2017, Plaintiff filed the instant motion for case status and update and motion for screening. (ECF No. 27.) Plaintiff's request for status of case is granted, as follows:

On May 15, 2017, the Court issued an order granting Plaintiff's motion for leave to file an oversized first amended complaint, screening and dismissing the first amended complaint, and granting Plaintiff leave to file a second amended complaint. (ECF No. 24.) Plaintiff filed a second amended complaint on June 1, 2017.

///

---

[1] Plaintiff purports to bring his complaint in part under 42 U.S.C. § 1983. As Plaintiff has previously been informed, suits against federal officers for the violation of constitutional rights should be brought under Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

1

With respect to Plaintiff's motion for screening, Plaintiff is reminded that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course. Accordingly, Plaintiff's motion for screening of his complaint (ECF No. 27) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **August 18, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE